

**Jamie Cooley, CSR**
Freelance Court Reporter
Cooley Reporting
8407 Fathom Circle #B
Austin, Texas  78750

Phone:  (512) 743-5867
Fax:  (512) 410-3012

June 24, 2015

Jeffrey D. Kyle, Clerk
Third Court of Appeals
P.O. Box 12547
Austin, Texas 78711-2457

Re:  **Court of Appeals No. 03-15-00368-CV**
     Trial Court Cause No. D-1-GN-15-000374

Style:  **Laura Pressley**
         **vs.**
         **Gregorio "Greg" Casar**

Dear Mr. Kyle,

I respectfully request a thirty-day extension on this appeal.  The record is due on June 25, 2015.  Due to multiple reporters being involved in the records, notice not being given to us until yesterday, June 23, 2015, records not being requested until yesterday to be transcribed, and our time in court and depositions, we will be unable to file the appeal on the date it is due.

Thank you in advance for your consideration in this matter.  Please contact me if you have any questions.  My e-mail address is jcooleycsr@gmail.com.

                    Very truly yours,

                    *Jamie Cooley*

                    Jamie Cooley
                    Freelance Court Reporter